*IT IS SO ORDERED*
*Judge Jon S. Tigar*

Timothy C. Connor (SBN: 236529)
tconnor@smsm.com
**Segal McCambridge Singer & Mahoney, Ltd.**
1818 Market Street
Suite 2600
Philadelphia, PA 19103
(215) 972-8015
(215) 972-8016 (fax)
*Attorneys for Defendant R&Q Reinsurance Company*

# UNITED STATES DISTRICT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>R&Q REINSURANCE COMPANY,<br><br>*Defendant.* | Case No.: 3:16-cv-3044 JST<br><br>**STIPULATION FOR EXTENSION OF TIME FOR R&Q TO FILE ITS REPLY IN SUPPORT OF ITS RULE 12(b)(2) MOTION TO DISMISS**<br><br>**Hearing**<br>Judge: Hon. Jon S. Tigar<br>Date: August 25, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9 |

**THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE** that Defendant R&Q Reinsurance Company may and shall be granted an extension of time in which to file a reply memorandum in support of its Rule 12(b)(2) Motion to Dismiss and Supporting Memorandum of Points and Authorities [Doc. 16] up to and including July 29, 2016.

/ / /

/ / /

- 1 -
Stipulation for Extension of Time for R&Q to File its Reply in
Support of its Rule 12(b)(2) Motion to Dismiss

|     |                          |                                                                      |
| --- | ------------------------ | -------------------------------------------------------------------- |
| 1   |                          | Respectfully submitted,                                              |
| 2   | Dated: July 22, 2016     | **Segal McCambridge Singer & Mahoney, Ltd.**                         |

Dated: July 22, 2016        **Segal McCambridge Singer & Mahoney, Ltd.**

By:_____/s/ Timothy C. Connor_____
    Timothy C. Connor (tconnor@smsm.com)
    1818 Market Street, Suite 2600
    Philadelphia, PA 19103
    (215) 972-8015
    (215) 972-8016 (fax)
    *Attorneys for Defendant R&Q Reinsurance Company*

Dated: July 22, 2016        **DENTONS US LLP**

By:_____/s/ Kelly D. Fair_____
    Kelly D. Fair (kelly.fair@dentons.com)
    525 Market Street, 26th Floor
    San Francisco, CA 94118
    (415) 882-0117
    (415) 882-0300
    *Attorneys for Plaintiff The American Insurance Company*

Of counsel:

Lawrence D. Mason (lmason@susm.com
Paul E. Wojcicki (pwojcicki@smsm.com)
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 (fax)
*Attorneys for Defendant R&Q Reinsurance Company*