DENTONS US LLP
KELLY D. FAIR (Bar No. 245408)
kelly.fair@dentons.com
SHAWN L. KELLY (*Pro Hac Vice*)
shawn.kelly@dentons.com
JOHN R. VALES (*Pro Hac Vice*)
john.vales@dentons.com
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000; Facsimile: (415) 267-4198

Attorneys for Plaintiff The American Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The American Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>R&Q Reinsurance Company,<br><br>Defendant. | Case No. 3:16-cv-3044-JST<br><br>**STIPULATION TO CONTINUE THE BRIEFING SCHEDULE ON R&Q REINSURANCE COMPANY'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: December 22, 2016<br><br>Time: 2pm<br><br>Courtroom: 9, 19th Floor<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to Local Rules 7-12 and 6-2, Plaintiff The American Insurance Company ("TAIC") and Defendant R&Q Reinsurance Company's ("R&Q Re") (collectively, the "Parties") hereby respectfully stipulate and jointly request that the Court continue the briefing schedule related to R&Q Re's Motion to Dismiss TAIC's Amended Complaint as follows:

RECITALS

1. On October 12, 2016, the Court granted Defendant R&Q Re's Motion to Dismiss

TAIC's Complaint, with leave to amend. (Dkt. No. 35.)

2. On November 2, 2016, TAIC timely filed its Amended Complaint. (Dkt. No. 38.)

3. On November 15, 2016, R&Q Re timely filed a Motion to Dismiss TAIC's Amended Complaint which is scheduled to be heard on December 22, 2016. (Dkt. No. 39.) TAIC's deadline to oppose R&Q Re's motion is November 29, 2016.

4. On November 18, 2016, the Parties' counsel conducted a telephone conference with the Court's appointed ADR officer, Sarah Winslow. On that call the Parties could not reach a consensus on terms to continue R&Q Re's motion to dismiss or to enlarge TAIC's time to file its opposition brief.

5. On November 22, 2016, TAIC filed an administrative motion to continue R&Q Re's Motion to Dismiss and enlarge TAIC's time to oppose R&Q Re's motion by two-weeks to account for the Thanksgiving Holiday and the unavailability of TAIC's counsel and principals. (Dkt. Nos. 40, 40-1, and 40-2.)

6. On November 28, 2016, R&Q Re filed a response to TAIC's administrative motion agreeing to continue the briefing schedule related to R&Q Re's motion. In its response, R&Q Re proposed to the Court that its motion to dismiss is suitable for disposition without oral argument. (Dkt. Nos. 41, 41-1, and 41-2.)

7. The Parties disagree whether the Court should hear oral argument on R&Q Re's motion to dismiss and acknowledge that this decision is within the Court's discretion.

8. Principals for R&Q Re and TAIC have recently engaged in settlement discussions, including an exchange of written settlement communications. A Settlement Conference is scheduled for January 3, 2017 before the Honorable U.S. District Court for the Northern District of Illinois Magistrate Judge Maria Valdez.

9. The only other enlargement of time requested in this case was the Parties' stipulation to extend R&Q Re's time to file a reply brief in support of its first Motion to Dismiss.

(Dkt. No. 24.)

10. Granting this stipulation should have no impact on the schedule of this case other than to suspend or delay motion practice while the Parties continue settlement negotiations.

11. Pursuant to the foregoing, the Parties hereby stipulate and agree to the following continuation of the briefing schedule related to R&Q Re's Motion to Dismiss (Dkt. No. 39), and request the Court's approval of their stipulation to the proposed briefing schedule as follows:

| Event | Previous Date | Stipulated/Requested New Date |
|---|---|---|
| Last Day to Oppose R&Q Re's Motion to Dismiss | 11/29/16 | 12/20/16 |
| Last Day to File Reply Brief in support of Motion to Dismiss | 12/6/16 | 1/10/17 |
| Hearing on R&Q Re's Motion to Dismiss | 12/22/16 | 2/2/17 |

Dated: November 29, 2016

DENTONS US LLP

By /s/ *Kelly D. Fair*
    Kelly D. Fair

Attorneys for Plaintiff The American Insurance Company

Dated: November 29, 2016

SEGAL MCCAMBRIDGE SINGER & MAHNEY, LTD

By /s/ *Timothy C. Connor*
    Timothy C. Connor

Attorneys for R&Q Reinsurance Company

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 30, 2016

_____
Honorable Jon S. Tigar
United States District Judge

101977504\V-1