DENTONS US LLP
KELLY D. FAIR (Bar No. 245408)
kelly.fair@dentons.com
SHAWN L. KELLY (*Pro Hac Vice*)
shawn.kelly@dentons.com
JOHN R. VALES (*Pro Hac Vice*)
john.vales@dentons.com
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105-2708
Telephone: (415) 267-4000; Facsimile: (415) 267-4198

Attorneys for Plaintiff The American Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The American Insurance Company,<br><br>           Plaintiff,<br><br>     v.<br><br>R&Q Reinsurance Company,<br><br>           Defendant. | Case No. 3:16-cv-3044-JST<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT R&Q REINSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS** |

      Plaintiff The American Insurance Company ("TAIC") and defendant R&Q Reinsurance Company ("R&Q") hereby stipulate to dismiss all claims against defendant R&Q with prejudice and without costs.

      The parties therefore respectfully ask the Court to dismiss all claims against R&Q with prejudice and without costs.

-1-
JOINT STIPULATION TO DISMISS DEFENDANT R&Q REINSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS
Case No. 3:16-cv-3044-JST

| | |
|---|---|
| Dated: February 22, 2017 | DENTONS US LLP |
| | */s/ Kelly D. Fair* |
| | Kelly D. Fair |
| | |
| | Attorneys for Plaintiff The American Insurance Company |
| Dated: February 22, 2017 | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. |
| | */s/ Timothy C. Connor* |
| | Timothy C. Connor |
| | Attorneys for Defendant R&Q Reinsurance Company |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 22, 2017

_____
UNITED STATES DISTRICT JUDGE
HON. JON S. TIGAR

**ATTESTATION OF E-FILED SIGNATURE**

I, Kelly D. Fair, am the ECF user whose ID and password are being used to file this Joint Stipulation To Dismiss Defendant R&Q Reinsurance Company With Prejudice And Without Costs. In compliance with Local Rule 5-1, I hereby attest that Timothy C. Connor, counsel for Defendant has concurred in this filing.

Dated: February 22, 2017

DENTONS US LLP

/s/ Kelly D. Fair
Kelly D. Fair

Attorneys for Plaintiff The American Insurance Company

102372249

-3-
JOINT STIPULATION TO DISMISS DEFENDANT R&Q REINSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS
Case No. 3:16-cv-3044-JST